ORIGINAL

AO 422 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

SHANE TOM
3674 HILO PLACE, APT A
Honolulu, Hi
(Name and Address of Defendant)

**WARRANT FOR ARREST**

Case Number: CR 03-00488 DAE -02

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
FEB 2 6 2007
at 10 o'clock and 00 min A M
SUE BEITIA, CLERK

2003 OCT -1 PM 4:0 RECEIVED U.S. MARSHALS SERVICE HONOLULU, HI.

YOU ARE HEREBY COMMANDED TO ARREST SHANE TOM and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

Count 1: Conspiracy to possess with intent to distribute methamphetamine
Count 2: Knowingly and intentionally possess with intent to distribute methamphetamine
Count 6: Use of a communication facility

SEALED BY ORDER OF THE COURT

in violation of Title 21 United States Code, Section(s) 846, 841(a)(1), 841(1)(A), 843(b)
Title 18 United States Code  Section 2

Walter A.Y.H. Chinn
Name and Title of Issuing Officer

*[signature]*
Signature of Issuing Officer/Deputy Clerk

Clerk U.S. District Court
Title of Issuing Officer

10/1/03 at Honolulu, Hawaii
Date and Location

Bail Fixed at   No bail          By: Kevin S. C. Chang, United States Magistrate Judge

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ . |||
| Date Received<br><br>Date of Arrest  OCT 17 2003 | NAME AND TITLE OF ARRESTING OFFICER<br>Special Agent<br>Rachel A Byrd | SIGNATURE OF ARRESTING OFFICER<br>*[signature]* Rachel A Byrd |